IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN P. MANOOKIAN,<br><br>*Plaintiff,*<br><br>vs.<br><br>UNITED STATES OF AMERICA, MERRICK GARLAND, in his official capacity as Attorney General of the United States, and the FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendants.* | Civil Action No. 3:22-cv-01039 |

## MOTION FOR FILING USER APPROVAL

Pursuant to Section 7 of Administrative Order 167-1, Plaintiff Brian P. Manookian requests that the Court grant permission for his registration as a Filing User solely for the purposes of this action.[1]

For purposes of registration, Mr. Manookian identifies his Pacer / ECF Account as Account Number 7343713. His statistical information required by Administrative Order 167-1 is additionally included below.

---

[1] "A party to an action who is not represented by an attorney may, with the Court's permission, register as a Filing User solely for the purposes of that action."

DATED: December 22, 2022        By:

_[signature]_

Brian Manookian
P.O. Box 150229
Nashville, Tennessee 37215
T: 615.257.5660
brian@tntriallawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed December 22, 2022 and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

_[signature]_