IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN P. MANOOKIAN, )<br>    Plaintiff(s) )<br> )<br>v. )<br> )<br> )<br>UNITED STATES OF AMERICA, et al., )<br>    Defendant(s) ) | Case No. 3:22-cv-01039<br>Judge Crenshaw/Frensley |

## O R D E R

I hereby RECUSE myself in the above-styled action. Accordingly, the Clerk is DIRECTED to reassign this matter to another Magistrate Judge for all future case management, including resolution of pending matters. All conferences scheduled before the undersigned are CANCELLED, but all other previously imposed deadlines remain in full force and effect unless otherwise modified by the Court.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**