IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRIAN P. MANOOKIAN, | ) | |
| | ) | |
| Plaintiff, | ) | APPEARANCE |
| | ) | |
| v. | ) | CASE NO. 3:22-cv-01039 |
| | ) | CHIEF JUDGE CRENSHAW |
| UNITED STATES OF AMERICA, et al., | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO
FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Defendants, through the undersigned counsel, hereby files this motion for an extension of time to file its answer or other responsive pleading to Plaintiff's Complaint. (ECF No. 1). Defendants' answer or other responsive pleading is currently due on February 21, 2023.

The parties are working toward a resolution of this case, but additional time is necessary to determine if an answer or other responsive pleading is appropriate. Plaintiff has been contacted and he does not oppose this motion.

THEREORE, Defendants would respectfully ask this Court for a ninety (90) day extension of time through and including May 22, 2023, to file either an answer or other responsive pleading to Plaintiff's Complaint.

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

s/ Mercedes C. Maynor-Faulcon
MERCEDES C. MAYNOR-FAULCON
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203-3870
Telephone: (615) 736-5151
B.P.R. # 013330

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February 2023, the foregoing document was filed electronically, and a copy was served via the Court's electronic filing system upon:

Brian P. Manookian
P.O. Box 150229
Nashville, TN 37215

s/ Mercedes C. Maynor-Faulcon
MERCEDES C. MAYNOR-FAULCON
Assistant United States Attorney
