IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN P. MANOOKIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:22-cv-01039 |
| | ) CHIEF JUDGE CRENSHAW |
| UNITED STATES OF AMERICA, et al., | ) MAGISTRATE JUDGE FRENSLEY |
| | ) |
| Defendants. | ) |

**DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Defendants, through the undersigned counsel, hereby files this motion for an extension of time to file its answer or other responsive pleading to Plaintiff's Complaint. (ECF No. 1). Defendants' answer or other responsive pleading is currently due on May 22, 2023.

The parties are diligently working toward a resolution of this case, but additional time is necessary to determine if an answer or other responsive pleading is appropriate. Plaintiff has been contacted and he does not oppose this motion.

THEREFORE, Defendants would respectfully ask this Court for a thirty (30) day extension of time through and including June 21, 2023, to file either an answer or other responsive pleading to Plaintiff's Complaint.

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

s/ Mercedes C. Maynor-Faulcon
MERCEDES C. MAYNOR-FAULCON
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203-3870
Telephone: (615) 736-5151
B.P.R. # 013330

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May 2023, the foregoing document was filed electronically, and a copy was served via the Court's electronic filing system upon:

Brian P. Manookian
P.O. Box 150229
Nashville, TN 37215

                                              s/ Mercedes C. Maynor-Faulcon
                                              MERCEDES C. MAYNOR-FAULCON
                                              Assistant United States Attorney