IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN P. MANOOKIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-01039 |
| ) | Chief Judge Crenshaw |
| UNITED STATES OF AMERICA, et al., ) | Magistrate Judge Frensley |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties, Plaintiff, Brian P. Manookian and Defendants, United States of America and the Federal Bureau of Investigation, informs the Court that all matters between the parties have been settled and compromised. Accordingly, this action is hereby DISMISSED with prejudice against the Defendants. Each party is to bear their own costs, expenses, and fees, and no attorney's fees, costs, or expenses under the Equal Access to Justice Act, or any other provision of law, will be sought.

It is so ORDERED.

ENTERED this the _____ day of August 2023.

_____
CHIEF JUDGE CRENSHAW
United States District Judge

SUBMITTED AND APPROVED FOR ENTRY:

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

s/ Mercedes C. Maynor-Faulcon
MERCEDES C. MAYNOR-FAULCON
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Telephone: (615) 736-5151
B.P.R. # 013330
*Attorney for Defendant*


s/ Brian P . Manookian
BRIAN P . MANOOKIAN
1901 Glen Echo
P.O. Box 150229
Nashville, TN 37215
Telephone: (615) 257-5660
brian@tntriallawyers.com
*Plaintiff*